CA 08 320 ML



PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District Rhode Island |
|---|---|
| Name (under which you were convicted): Fred Erdman | Docket or Case No.: P1997-2323A P1998-0823A |
| Place of Confinement: Rhode Island Dept. of Corrections, Med. I, Cranston, RI | Prisoner No.: 66970 |
| Petitioner (include the name under which you were convicted) Fred Erdman | v. Respondent (authorized person having custody of petitioner) State of Rhode Island |
| The Attorney General of the State of Rhode Island | |

PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: Superior Court Providence, R.I. 02903

   (b) Criminal docket or case number (if you know): PM 2007-2343

2. (a) Date of the judgment of conviction (if you know): ~~Sept~~ Aug 18, 1998

   (b) Date of sentencing: ~~Sept~~ Aug 18, 1998

3. Length of sentence: 25 years to serve, 15 suspended, 15 probation

4. In this case, were you convicted on more than one count or of more than one crime? Yes ☑ No ☐

5. Identify all crimes of which you were convicted and sentenced in this case: Count 1: 1st degree Sexual assault; Ct 2: 1st degree Sexual assault; Count 3: 1st degree Sexual assault; Ct. 4: 1st degree Sexual assault; Ct 5: 1st degree Sexual assault; Ct 6: 1st degree Sexual assault; Ct 7: 1st degree Sexual assault; Ct 8: 1st degree Sexual assault; Ct 9 1st degree Sexual assault; Ct: 10: 1st degree Sexual assault

6. (a) What was your plea? (Check one)

   (1) Not guilty ☐ (3) Nolo contendere (no contest) ☑

   (2) Guilty ☐ (4) Insanity plea ☐

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? __________

(c) If you went to trial, what kind of trial did you have? (Check one)

Jury ☐ Judge only ☑

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

Yes ☐ No ☑

8. Did you appeal from the judgment of conviction?

Yes ☑ No ☐

9. If you did appeal, answer the following:

(a) Name of court: Providence Superior

(b) Docket or case number (if you know): PM 2007-2343

(c) Result: Denied

(d) Date of result (if you know): 12-10-07

(e) Citation to the case (if you know): See attached decision dated Dec. 10, 20

(f) Grounds raised: Being held in custody illegally

(g) Did you seek further review by a higher state court? Yes ☑ No ☐

If yes, answer the following:

(1) Name of court: Filed appeal with Providence Superior

(2) Docket or case number (if you know): None issued

(3) Result: I was denied my right to appeal, see attached letters dated 12/27/07, Feb. 4, 2008; and 2/11/08

(4) Date of result (if you know): refer to g(3) above

(5) Citation to the case (if you know):

(6) Grounds raised:

(h) Did you file a petition for certiorari in the United States Supreme Court? Yes ☐ No ☑

If yes, answer the following:

(1) Docket or case number (if you know):

(2) Result: ______________________________

(3) Date of result (if you know): ______________________________

(4) Citation to the case (if you know): ______________________________

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

Yes ☐ No ☑

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: ______________________________

(2) Docket or case number (if you know): ______________________________

(3) Date of filing (if you know): ______________________________

(4) Nature of the proceeding: ______________________________

(5) Grounds raised: ______________________________

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes ☐ No ☐

(7) Result: ______________________________

(8) Date of result (if you know): ______________________________

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: ______________________________

(2) Docket or case number (if you know): ______________________________

(3) Date of filing (if you know): ______________________________

(4) Nature of the proceeding: ______________________________

(5) Grounds raised: ______________________________

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes ☐ No ☒

(7) Result: ___

(8) Date of result (if you know): ___

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: ___

(2) Docket or case number (if you know): ___

(3) Date of filing (if you know): ___

(4) Nature of the proceeding: ___

(5) Grounds raised: ___

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes ☐ No ☐

(7) Result: ___

(8) Date of result (if you know): ___

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition: Yes ☒ No ☐

(2) Second petition: Yes ☐ No ☐

(3) Third petition: Yes ☐ No ☐

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: The petitioner is being held unlawfully in state custody.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): The petitioner has completed the required time to serve, 8 years and 4 months, in order to be issued a parole permit. The petitioner has been held in state custody since his arrest on August , 1997.

(b) If you did not exhaust your state remedies on Ground One, explain why:

(c) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☑ No ☐

(2) If you did not raise this issue in your direct appeal, explain why:

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes ☑ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Post-Conviction

Name and location of the court where the motion or petition was filed: Providence Superior Court

Docket or case number (if you know): PM-2007-2343

Date of the court's decision: December 10, 2007

Result (attach a copy of the court's opinion or order, if available): Denied - See attached decision dated December 10, 2007

(3) Did you receive a hearing on your motion or petition?

Yes ☑ No ☐

(4) Did you appeal from the denial of your motion or petition?

Yes ☑ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☑ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Providence Superior Court, 250 Benefit St., Providence, R.I 02903

Docket or case number (if you know): PM. 2007-2343

Date of the court's decision: December 10, 2007

Result (attach a copy of the court's opinion or order, if available): Denied - See attached decision dated December 10, 2007

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: wrote to the clerk, Chief Justice Rogers and Chief Justice Williams in February, 2008, recieved no response from the Chief Justice's (letters attached).

GROUND TWO: The petitioner's constitutional rights and right to due process are being denied

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): The parole board's refusal to issue a parole permit to the petitioner after he completed one-third of his matimum sentence violates his constitutional rights and right to due process.

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c) Direct Appeal of Ground Two:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☑ No ☐

(2) If you did not raise this issue in your direct appeal, explain why:

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☑ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Post-Conviction

Name and location of the court where the motion or petition was filed: Providence Superior Court

Docket or case number (if you know): PM 2007-2343

Date of the court's decision: December 10, 2007

Result (attach a copy of the court's opinion or order, if available): Denied - see attached decision dated December 10, 2007

(3) Did you receive a hearing on your motion or petition?

Yes ☑ No ☐

(4) Did you appeal from the denial of your motion or petition?

Yes ☑ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☑ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Providence Superior Court, 250 Benefit St., Providence, R.I. 02903

Docket or case number (if you know): PM 2007-2343

Date of the court's decision: December 10, 2007

Result (attach a copy of the court's opinion or order, if available): Denied - See attached decision dated December 10, 2007

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: ______

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: Wrote letters to the clerk (Providence superior), chief Justice Rogers and Chief Justice Williams in February of 2008, letters attached.

GROUND THREE: Failure of the parole board to comply with Constitutional Statutory construction.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): The Failure of the parole board to issue to the petitioner his parole permit upon completion of one-third of his sentence is in direct violation of constitutional Statutory construction

(b) If you did not exhaust your state remedies on Ground Three, explain why: ______

(c) Direct Appeal of Ground Three:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☑ No ☐

(2) If you did not raise this issue in your direct appeal, explain why: ______

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes ☑ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Post-conviction

Name and location of the court where the motion or petition was filed: Providence Superior Court

Docket or case number (if you know): PM-2007-2343

Date of the court's decision: December 10, 2007

Result (attach a copy of the court's opinion or order, if available): Denied - see attached decision Filed December 10, 2007; wrote to clerk, Chief Justices Rogers and Williams - no response

(3) Did you receive a hearing on your motion or petition?

Yes ☑ No ☐

(4) Did you appeal from the denial of your motion or petition?

Yes ☑ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☑ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Providence Superior Court, 250 Benefit St., Providence, RI 02903

Docket or case number (if you know): PM 2007-2343

Date of the court's decision: December 10, 2007

Result (attach a copy of the court's opinion or order, if available): Denied - See attached decision dated December 10, 2007

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: 

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: wrote to: the clerk, Chief Justices Rogers and Williams, letters attached. Recieved no response from the Chief Justices

GROUND FOUR: Violation of Constitutional rights under color of State law.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): The failure by the parole board to issue a parole permit to the petitioner upon his completion of one-third of his sentence, 8 years and 4 months, is a direct violation of his constitutional rights under the color of State law.

(b) If you did not exhaust your state remedies on Ground Four, explain why:

(c) Direct Appeal of Ground Four:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☑ No ☐

(2) If you did not raise this issue in your direct appeal, explain why:

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes ☑ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Post-Conviction

Name and location of the court where the motion or petition was filed: Providence Superior Court

Docket or case number (if you know): PM 2007-2343

Date of the court's decision: December 10, 2007

Result (attach a copy of the court's opinion or order, if available): Denied, See attached decision dated December 10, 2007

(3) Did you receive a hearing on your motion or petition?

Yes ☑ No ☐

(4) Did you appeal from the denial of your motion or petition?

Yes ☑ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☑ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Providence Superior Court, 250 Benefit St, Providence, RI 02903

Docket or case number (if you know): PM 2007-2343

Date of the court's decision: December 10, 2007

Result (attach a copy of the court's opinion or order, if available): Denied. See attached decision dated December 10, 2007

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: ______

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: I wrote to the clerk (letter attached), chief Justice Rogers and chief Justice Williams. No response from the chief Justice's

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? Yes ☑ No ☐

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: ______

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: ______

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? Yes ☐ No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? Yes ☐ No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Mark Smith, Eddie Dowling Hwy., N. Smithfield, RI

(b) At arraignment and plea: Mark Smith, Eddie Dowling Hwy., N. Smithfield, RI

(c) At trial: Mark Smith, Eddie Dowling Hwy., N. Smithfield, RI

(d) At sentencing: Mark Smith, Eddie Dowling Hwy., N. Smithfield, RI.

(e) On appeal: NoNe Filed

(f) In any post-conviction proceeding: Alton Wiley Jr.

(g) On appeal from any ruling against you in a post-conviction proceeding: Pro-Se

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes ☐ No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: ______________________________

______________________________

(b) Give the date the other sentence was imposed: ______________

(c) Give the length of the other sentence: ______________

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? Yes ☐ No ☐

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.* ______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —

(continued...)

Therefore, petitioner asks that the Court grant the following relief: that the petitioner be released immediately from custody, that his Sentence be adjusted accordingly and any other or any other relief to which petitioner may be entitled.

Fred Edman Pro-Se

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on August 19, 2007 (month, date, year).

Executed (signed) on August 19, 2007 (date).

Fred Edman

Signature of Petitioner

---

*(...continued)

(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. N/A

IN FORMA PAUPERIS DECLARATION

______________________________

[Insert appropriate court]

* * * * *