UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Fred Erdman

vs. CA 08-320ML

A.T. Wall, et al

ORDER

The Attorney General is hereby ordered to file its response to the plaintiff's "Petition Under 28 U.S.C. §2254 for Writ of Habeas Corpus by a person in state custody." Said response will be filed on or before **September 26, 2008.**

SO ORDERED

Mary M. Lisi
Chief United States District Judge
September 5 ,2008

Entered as an Order of this Court on September 5 , 2008.

Barbara Barletta
Deputy Clerk