UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FRED ERDMAN

v.                                                          CA 08-320 ML

A.T. WALL, et al.

## ORDER

This matter is before the Court on review of a Report and Recommendation issued by Magistrate Judge Hagopian on April 28, 2009. I have reviewed the Report and Recommendation and adopt the recommendation to dismiss the petition. The Motion to Dismiss (Document No. 3) is GRANTED, and the Petition is hereby DENIED and DISMISSED.

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
May 14, 2009